IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| GABRIEL ALEXANDRO SANCHEZ,<br>Institutional ID No. 0111768,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF TEXAS, *et al.*,<br><br>Defendants. | § § § § § § § § § § § | <br><br><br><br><br>CIVIL ACTION NO.<br>2:18-CV-213-M-BQ<br>*ECF* |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Leave to Proceed *In Forma Pauperis*, filed November 5 and December 20, 2018, are **DENIED**. (ECF Nos. 2, 12).

IT IS FURTHER ORDERED that Plaintiff's complaint is **DISMISSED** without prejudice for failure to prosecute and follow court orders. *See* FED. R. CIV. P. 41(b).

SO ORDERED this 8th day of February, 2019.

_____
BARBARA M. G. LYNN
CHIEF JUDGE